In The United States District Court
Dated 5-24-17   For The Middle District Of Alabama
Northern Division

Ronald Vincent Williams #239426
   Plaintiff
vs.
Covizon Health Care' Et. Al.,
   Defendants

Civil Action No:
2:17-cv-00-146-WKW

2:17-cv-366-MHT

## Motion

Plaintiff Motion The Court Leave To Amend To His Complaints' A Complaint Where The The Defendants Refusing To Treat The Plaintiff At All For The Bleeding.

Under Rule 7[b]. Federal Rules Of Civil Procedure.
Under Rule 7[b]-2. Federal Rules Of Civil Procedure.

Comes Now, The Plaintiff Ronald Vincent Williams in the above Styled Causes' Pro Se, in and on his own behalf; for good cause;

1. The Plaintiff Mr. Williams, is infact being denied any form of treatment for his bleeding colon which the bleeding has worsen alott' since first filed complaints, the Plaintiff have since submitted Covizon health care' sick call requests' on 5-5-17, and 5-16-17, and a Medical Grievance form submitted on 5-24-17, concerning the Plaintiff bleeding colon' and None of the Plaintiff sick call request were ever answered.

— Con't 2 —

C.

In The United States District Court
Dated 5-24-17   For The Middle District Of Alabama
Northern Division

2. The Plaintiff Ronald Vincent Williams, did meet with defendant Mr. Walter Myers, on May 22, 2017, face to face explaining to Mr. Myers how the bleeding from the Plaintiff colon had worsen and how the defendants Corizon health care refused to treat the Plaintiff for his severe medical needs knowingly even after receiving sick call forms and medical grievances pleaing for medical help has yet been provided nor any response.

3. The Plaintiff Ronald Vincent Williams' Motion before this Court requesting that this Court please place an order before the defendants' Corizon health care staff here at Easterling Corr. Fac. a Court order that would recommend that the defendants proform their medical duties toward the Plaintiff Mr. Williams or an Court order recommending that the defendants would recommend that the Plaintiff be placed under the care of a Professionals in the field of medicine concerning colon illnesses please the Plaintiff Ronald Vincent Williams, ask this order of this Court only because he fear for his life here under the custody and care of all named defendants' Warden: Mr. Walter Myers, Doctor: Mr. Jean Darbouze, Nurse: Ms. Wilson, and Nurse: Mr. Payne, named defendants.

-- Con. t 3. --

In The United States District Court
Dated 5-29-17, For The Middle District Of Alabama
Northern Division

4. The Plaintiff Ronald Vincent Williams' Now Plea before this Court' Please grant his requested for the Above Court Motions' have Mercy, I Need Colon Medical treatments.

### Verification

I hereby certify the foregoing is True and Correct under penalty of perjury.
Executed at Clio, AL, on 5-29-17.
Statement is verified under 28 U.S.C. 1746.
Signed: Ronald Vincent Williams,

### Certificate Of Service

To: The Court Clerk:
In The United States District Court For The Middle District Of Alabama – Northern Division
One Church Street – Suite B-110
Montgomery, Alabama 36104-4018

To: The Defendants: Attorney: Philip G. Piggott
100 Brookwood Place 7th Floor
P.O. Box 540512
Birmingham AL. 35259-8512

Dated 5-29-17, and Respectfully Submitted
#239426   Ronald Vincent Williams
Easterling Corr. Fac.
200 Wallace Dr.
Clio, AL. 36017

From: Ronald Vincent Williams #239426
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017 _ Dorm_E_1_36_B,

Legal Mail

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."



MONTGOMERY AL 360
02 JUN'17
PM 3 L

$ 000.46⁵
0000831978   JUN 02 2017
MAILED FROM ZIP CODE 36017

To: The Court Clerk:
In The United States District Court
For The Middle District Of Alabama
Northern Division
One Church_Street'_Suite B_110
Montgomery, Alabama 36104_4018

36104-401801